# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WORLD SKATEBOARDING FEDERATION, INC., | No. 2:16-cv-02065-KJM-GGH |
| Plaintiff, | |
| v. | ORDER |
| INTERNATIONAL SKATEBOARDING FEDERATION, and GARY REAM, | |
| Defendants. | |

On March 27, 2017, the court granted defendants' motion to dismiss the complaint under Federal Rule of Civil procedure 12(b)(2). ECF No. 28. The court gave plaintiff fourteen days to amend the complaint. *Id.* at 10. That amendment period expired on April 10, 2017, but plaintiff has not filed any amendment. Accordingly, the court ORDERS plaintiff to SHOW CAUSE, within seven (7) days, why the court should not dismiss this case for failure to prosecute.

IT IS SO ORDERED.

DATED: April 24, 2017

UNITED STATES DISTRICT JUDGE

1