UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WORLD SKATEBOARDING FEDERATION, INC., a California non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL SKATEBOARDING FEDERATION, a Pennsylvania non-profit corporation; GARY REAM, an individual; and DOES 1-20,<br><br>Defendants. | No. 2:16-cv-2065 KJM GGH<br><br>ORDER |

Before the court is defendants' request to dismiss the complaint with prejudice. On March 27, 2017, the court granted defendants' motion to dismiss without prejudice, based on fatal jurisdictional flaws. See Order, ECF No. 28. The court gave plaintiff fourteen days to amend the complaint, but plaintiff took no action. The court then ordered plaintiff to show cause why the case should not be dismissed for failure to prosecute. ECF No. 29. Plaintiff was to respond by May 1, 2017. But again, plaintiff took no action. On May 3, 2017, defendants filed the instant request for dismissal with prejudice. ECF No. 30. Only then did plaintiff respond with a notice of voluntary dismissal without prejudice. ECF No. 31.

/////

1

Having extended plaintiff multiple opportunities to advance its claims to no avail, the court hereby DISMISSES the complaint, with prejudice. Fed. R. Civ. P. 41(a)(2) & (b). The pending order to show cause is DISCHARGED as moot, and the Clerk of the Court is hereby ordered to close this case.

IT IS SO ORDERED.

DATED: July 6, 2017.

_____
UNITED STATES DISTRICT JUDGE